UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE,<br><br>        Plaintiff,<br><br>    vs.<br><br>MERIDIAN AT STONE CREEK ASSISTED LIVING,<br><br>        Defendant. | NO. C17-913RSL<br><br>ORDER OF REFERENCE<br>  Non-Dispositive Motion<br>  Pending in Civil Case |

The Court hereby refers to United States Magistrate Judge James P. Donohue, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Plaintiff's Application for Court Appointed Counsel, Dkt. # 5.

The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 11th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE