UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MERIDIAN AT STONE CREEK ASSISTED LIVING,<br><br>　　　　　Defendant. | Case No. C17-913-RSL<br><br>ORDER REFERRING MOTION FOR APPOINTMENT OF COUNSEL TO SCREENING PANEL FOR RECOMMENDATION |

This matter comes before the Court upon plaintiff's motion for court-appointed counsel to represent her in this civil action. Dkt. 5. This motion was referred to the undersigned by the Honorable Robert S. Lasnik on July 11, 2017. Dkt. 7. Defendants have not yet appeared in this case.[1]

Having reviewed the application and the remaining record, the Court ORDERS as follows:

(1) The Court refers plaintiff's motion for appointment of counsel to the Screening

---

[1] The Court notes that plaintiff has two similar actions currently pending in this district against different defendants. *See* Case Nos. 2:17-cv-606-RSM and 2:17-cv-548-JLR. In both cases, pro bono counsel has already been appointed to represent the plaintiff.

ORDER
PAGE - 1

1 Committee of this Court's Pro Bono Panel.  The Committee shall review the case and make its
2 recommendation to the Court in accordance with the Court's Pro Bono Plan.
3     (2) The Clerk shall send a copy of this Order to the parties, to the Chair of the
4 Screening Committee, and to Judge Lasnik.
5     DATED this 14th day of July, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 2