UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE, | CASE NO. C17-0913 MJP |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| MERIDIAN AT STONE CREEK ASSISTED LIVING, | |
| Defendant. | |

THIS MATTER comes before the Court on its own motion. Plaintiff Isatu Ville filed a complaint and was granted leave to proceed in forma pauperis on June 16, 2017. (Dkt. No. 3.) A summons was issued by the clerk on that same day. (Dkt. No. 6.) Adopting the recommendation of the Pro Bono Screening Committee, this Court denied Plaintiff's motion to appoint counsel on September 12, 2017. (Dkt. No. 9.) The time for Plaintiff to serve the summons and complaint on the Defendant—as provided by Federal Rule of Civil Procedure 4—has now expired, and no proof of service has been filed. Plaintiff Isatu Ville is therefore ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for

failure to prosecute.  Plaintiff's response to this order is due no later than **fourteen (14) days** from the date of this order.  Failure to respond will result in dismissal of the case without prejudice.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated this 29th day of September, 2017.

Marsha J. Pechman
United States District Judge