UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE, <br><br> Plaintiff, <br><br> v. <br><br> MERIDIAN AT STONE CREEK ASSISTED LIVING, <br><br> Defendant. | CASE NO. C17-913 MJP <br><br> ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |

On September 29, 2017, the Court issued an Order to Show Cause in this matter noting that, having been granted leave to proceed *in forma pauperis* and been issued a summons by the Clerk, Plaintiff had failed to serve the summons and complaint on Defendant within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff was given 14 days from the date of the order to show cause why her matter should not be dismissed for failure to prosecute. (Dkt. No. 10.)

Plaintiff filed two documents in response to the order to show cause. (*See* Dkt. Nos. 11 and 12.) Neither document explains her failure to serve the summons and complaint on Defendant nor proposes a plan for her to do so.

The Court is left with no alternative at this point but to DISMISS the matter without prejudice. Plaintiff may, within the statute of limitations, re-file the matter at some future date when she can either obtain representation or satisfy the procedural requirements of federal litigation herself.

The clerk is ordered to provide copies of this order to Plaintiff.

Dated: October 19, 2017.

Marsha J. Pechman
United States District Judge